[No. 10884-8-III.   Division Three.   May 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO GONZALES SANTANA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00704-4, Robert N. Hackett, Jr., J., entered June 6, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 13470-5-II.   Division Two.   May 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN TAYLOR FRANICH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-02204-3, Thomas R. Sauriol, J., entered December 12, 1989. *Affirmed* by unpublished opinion per Winsor, J. Pro Tem., concurred in by Morgan, A.C.J., and Johnson, J. Pro Tem.

[No. 13758-5-II.   Division Two.   May 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03788-4, Daniel J. Berschauer, J., entered March 29, 1990. *Affirmed* by unpublished opinion per Winsor, J. Pro Tem., concurred in by Morgan, A.C.J., and Johnson, J. Pro Tem.